UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARY OLDENKAMP,

        Plaintiff,                              Case No. 1:13-CV-1303

v.                                            HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed Magistrate Judge Phillip J. Green's January 12, 2015 Report and Recommendation recommending that the matter be remanded to the Commissioner pursuant to 42 U.S.C. § 405(g). The Report and Recommendation was duly served on the parties on January 12, 2015. No objections have been filed pursuant to 28 U.S.C. § 636(b). Therefore the Court will adopt the Report and Recommendation.

Therefore,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation issued January 12, 2015 (dkt. #21), is **ADOPTED** as the Opinion of the Court. This matter is remanded to the Commissioner for further proceedings consistent with that Opinion.

Dated: August 4, 2015                                              /s/ Gordon J. Quist
                                                                           GORDON J. QUIST
                                                              UNITED STATES DISTRICT JUDGE